Teresa C. Chow, Bar No. 237694
tchow@bakerlaw.com
Elizabeth M. Treckler, Bar No. 282432
etreckler@bakerlaw.com
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509
Telephone:   310.820.8800
Facsimile:    310.820.8859

*Attorneys for Defendant*
ONE PLANET OPS, INC.
d/b/a BUYERLINK

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LOFTUS, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>ONE PLANET OPS, INC. d/b/a BUYERLINK and DOES 1 through 10, inclusive, and each of them,<br><br>            Defendants. | Case No.: 2:20-cv-08876-MCS-PVCx<br><br>[Assigned to the Hon. Marc C. Scarsi]<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed:   09/28/20 |

**TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE** that the parties to the above-captioned action ("Action") have reached a settlement in principle of Plaintiff William Loftus' (hereinafter "Plaintiff") claims against Defendant One Planet Ops, Inc. d/b/a Buyerlink ("Defendant"), and of the Action in its entirety.  The parties are in the process of finalizing their settlement, and anticipate that Plaintiff will file a Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i) notice dismissal within approximately 45 days of the instant Notice, or no later than January 22, 2021.  Accordingly, Defendant respectfully requests that all pending deadlines and proceedings in the Action be vacated.

Dated:  December 8, 2020

Respectfully Submitted,

**BAKER & HOSTETLER LLP**

By:  */s/ Teresa C. Chow*
Teresa C. Chow

*Attorneys for Defendant*
ONE PLANET OPS, INC.
d/b/a BUYERLINK